

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2021

No. 04-21-00174-CV

**IN RE AMX CONSTRUCTION & SPECIALTY SERVICES, LP**, Relator

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus and motion for temporary relief are DENIED.

It is so **ORDERED** on June 2, 2021.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2021.

Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2020-CI-08473, styled *Texas First Rentals, LLC v. AMX Construction & Specialty Services*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.